IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| TIMOTHY D. DECASTRO, #A108939, | ) ) ) | CIV. NO. 15-00234 DKW/RLP |
| Plaintiff, | ) ) ) ) ) ) | ORDER ADMINISTRATIVELY CLOSING ACTION AND VACATING ORDER GRANTING IN FORMA PAUPERIS APPLICATION |
| _____ | ) | |

### ORDER ADMINISTRATIVELY CLOSING ACTION
### AND VACATING ORDER GRANTING IN FORMA PAUPERIS APPLICATION

On June 18, 2015, *pro se* Plaintiff Timothy D. Decastro submitted an application to proceed *in forma pauperis* and a document titled, "Reference: Civil Rights Complaint and Personal Injury Attorney." Doc. No. 1. The court then opened this prisoner civil rights action. Although Decastro provides details about the conditions of his confinement at the Oahu Community Correctional Center ("OCCC"), he names no defendants, alleges no causes of action, pleads no form of relief, asserts no basis for jurisdiction, and fails to submit the document on a prisoner complaint form.

On June 26, 2015, the court granted Decastro's *in forma pauperis* application. Doc. No. 4. During later review of the complaint pursuant to 28 U.S.C. § 1915(e)(1), however, it became evident that Decastro did not intend this document as a complaint. Rather, he requests a personal injury attorney to

help him prosecute an as-yet-unfiled action. Decastro states, "Aloha Counsel!" . . . "I am in serious need of a Personal injury attorney from the Hawaii Bar Association to represent my case on a contingency basis." Doc. No. 1, PageID #1. He says, "I would love to hear from all available personal injury attornies to discuss these incidents and injuries in detail. Please write or visit me." *Id.*, PageID #2. Plaintiff is NOTIFIED that the court will not construe his request as a motion for appointment of counsel without a properly filed complaint, nor will it mail his request to the Hawaii Bar Association or to unnamed private attorneys for review.

Accordingly, this action is ADMINISTRATIVELY CLOSED WITHOUT PREJUDICE. The Order Granting *In Forma Pauperis*, Doc. No. 4, is VACATED. Decastro may assert his claims on a complaint form and submit another *in forma pauperis* application, if his intent is to commence an action.

The Clerk is DIRECTED to send a prisoner civil rights complaint form and *in forma pauperis* application to Decastro. The Clerk is also DIRECTED to serve a copy of this order on Plaintiff, Department of Public Safety Director Nolan Espinda, OCCC Interim Warden Michael Hoffman, and Department of Public

Safety Litigation Coordinator Shelley Nobriga to prevent funds from being improperly withdrawn from Decastro's account.

IT IS SO ORDERED.

DATED: June 29, 2015 at Honolulu, Hawai'i.



Derrick K. Watson
United States District Judge

---

*Timothy D. Decastro #A108939*; Civil No. 15-00234 DKW/RLP; **ORDER ADMINISTRATIVELY CLOSING ACTION AND VACATING ORDER GRANTING IN FORMA PAUPERIS APPLICATION**

*Decastro,* 1:15-00234 DKW/RLP; ord 2015/DeCastro 15-234 dkw (dsm adm.close); J:\PSA Draft Ords\DKW\Decastro 15-234 dkw (dsm adm. close).wpd